# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **EDCV 16-00960-DTB**                               Date: **August 18, 2016**

Title:  **Theresa Brooke v. Shadow Mountain Resort Investment Group, LLC**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| D. Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:           ATTORNEYS PRESENT FOR RESPONDENT:
　　　　None present                                                     None present

**PROCEEDINGS:      ORDER TO SHOW CAUSE RE: FAILURE TO SERVE (IN CHAMBERS)**

　　　Plaintiff filed a Complaint herein on May 11, 2016.  To date, no proof of service has been filed indicating that the defendant has been served.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve summons and complaint on all named defendants within 90 days of filing.  Accordingly, the Court ORDERS plaintiff to show cause, in writing, no later than September 2, 2016, why the Complaint should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**